IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| § | | |
| vs. § | CRIMINAL NO. 1:24-CR-00288-JMC | |
| § | | |
| STEVE SAXIONES § | | |

## DEFENDANT'S UNOPPOSED MOTION
## AND REQUEST FOR TEMPORARY REMOVAL OF GPS MONITOR

TO THE HONORABLE JIA M. COBB, UNITED STATES DISTRICT JUDGE:

NOW COMES Steve Saxiones, Defendant in the above styled cause of action and hereby files this his Motion for Temporary Removal of GPS Monitor by and through his attorney of record, J. Warren St. John, and will show the court the following:

1. Defendant, Steve Saxiones, was placed on General Supervision through Pretrial Services Agency for the District of Columbia on April 18, 2024, and was directed to report to the Northern District of Texas/Dallas.

2. The Defendant would respectfully request permission to temporarily remove his GPS Monitor for an MRI that is scheduled for Wednesday, October 23, 2024. See attached **Exhibit A**

3. The Defendant has abided by the rules and regulations of the supervising agency, as provided in the Status Report filed on October 1, 2024, ECF 21.

4. The Defendant's United States Probation Officer, Jaynice Harden (District of Columbia) is *opposed* to this Request.

5. The Defendant's United States Probation Officer, Danny McMillan (Northern District of Texas, Dallas Division), is *unopposed* to this request, provided the Defendant has the

GPS Monitor re-installed within 24 hours of removal.

6.     The Assistant United States Attorney, Isia Jasiewicz, for the District of Columbia takes no position and defers to the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that said Motion be granted and asks this Honorable Court to enter an order allowing the Defendant to remove his GPS Monitor for at least 24 hours so that he may have an MRI scan completed.

Respectfully submitted,

*s/J. Warren St. John*
J. WARREN ST. JOHN
State Bar No. 18986300
2020 Burnett Plaza
801 Cherry Street, Unit No. 5
Fort Worth, Texas 76102-6810
Telephone: 817/336-1436
Fax: 817/336-1429
Email: jwlawyer1896@yahoo.com

ATTORNEY FOR DEFENDANT
STEVE SAXIONES

## CERTIFICATE OF CONFERENCE

This is to certify that on October 3, 2024, my Office spoke with the following in order to determine whether they would oppose the granting of Defendant's Motion.

Ms. Isia Jasiewicz,
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia

Jaynice Harden
Pretrial Services Officer
District of Columbia

Danny McMillan, Jr.
Sr. U.S. Probation Officer
Northern District of Texas, Dallas Division

    Ms. Jasiewicz - Deferred/No Position given

    Ms. Harden - OPPOSED

    Mr. McMillan, Jr. - UNOPPOSED

*s/J. Warren St. John*
J. WARREN ST. JOHN

ATTORNEY FOR DEFENDANT
STEVE SAXIONES

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing document with the Clerk for the U.S. District Court, District of Columbia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Ms. Isia Jasiewicz,
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia

Jaynice Harden
Pretrial Services Officer
District of Columbia

Danny McMillan, Jr.
Sr. U.S. Probation Officer
Northern District of Texas, Dallas Division

*s/J. Warren St. John*
J. WARREN ST. JOHN

ATTORNEY FOR DEFENDANT
STEVE SAXIONES

# EXHIBIT "A"



## is scheduled for:

## 06:00 pm

## Wednesday, October 23rd, 2024

### Envision Imaging of South Arlington

4601 Matlock Road, Arlington, TX 76018

### ⓘ Important:

Please arrive 15 minutes early to check in. Save time and avoid unnecessary delays by completing your check-in paperwork online before you arrive.

**Step 5 of 5:**

**Complete Check-In >**

### Procedures & Estimated Duration

① MRI Knee WO - LEFT        30 min.

*Order Form*

**Questcare MC - Arlington 2**
 3051 S CENTER ST,
 ARLINGTON, TX, 76014-2023
 817-468-1818    817-468-4775

**Req/Ctrl# (CD-):** 3133327
**Alicia N Demitchell, FNP-C**
**NPI:** 1588414494
Nurse Practitioner

**Saxiones, Steve,** Male, 10/25/1977    **ID:** 16451
 817-637-4030    805 ANGEL ST, CEDAR HILL, TX, US 75104-6009

Today: 10/02/2024  02:30 PM
Order Date: 09/23/2024  04:41 PM

**Primary Insurance Name:** United Health Care
**Insurance Address:** PO BOX 30555 , SALT LAKE CITY  , UT , 84130-0555
**Subscriber Number:** 989398916
**Insured Name:** Saxiones, Steve
**Address:** 805 ANGEL ST, CEDAR HILL, TX, US 75104-6009

| Priority | Diagnostic Name | Assessment(s) | Instructions |
|---|---|---|---|
| Routine | **MRI : Knee, left** | - M25.562,  Acute pain of left knee | |

**Electronically Signed By: Alicia N Demitchell, FNP-C**

**Signature of Patient/Guardian**

Order generated by eClinicalWorks (www.eclinicalworks.com)

Saxiones, Steve, M, 10/25/1977